

# OWLATES CHILDCARE LLC

## March to May Operating Expense Summary (2026 Projection)

### Core Operating Expenses

| Category | Monthly Amount |
| --- | --- |
| Payroll | $12,200.00 |
| Payroll Taxes | $2,240.00 |
| Rent | $12,000.00 |
| Electric | $1,000.00 |
| Insurance | $306.61 |
| Phone | $130.00 |
| Internet | $130.00 |
| Wells Fargo (Loan/Bank Obligation) | $435.00 |
| Subtotal – Core Operating | $28,441.61 |

### Administrative & Software Expenses

| Category | Monthly Amount |
| --- | --- |
| Brightwheel | $90.00 |
| Square | $40.00 |
| QuickBooks | $30.00 |
| Microsoft 365 | $11.00 |
| Adobe | $33.00 |
| Nav | $53.29 |
| Subtotal – Administrative & Software | $257.29 |

### Supplies & Miscellaneous Expenses

| Category | Monthly Amount |
| --- | --- |
| HP Ink | $60.00 |
| Transform World | $332.00 |
| Capitol One | $500.00 |
| Blink/Amazon | $30.00 |

| | |
|---|---:|
| Amazon Music | $20.00 |
| Disney+ | $22.00 |
| Spotify | $25.00 |
| Subtotal – Supplies & Miscellaneous | $989.00 |

## Total Estimated Monthly Operating Expenses: $29,687.90

Projected Monthly Revenue: $31,120.00

Estimated Monthly Profit: $1,432.10